# IN THE SUPREME COURT OF THE STATE OF NEVADA

180 LAND COMPANY, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
FORE STARS, LTD.; AND SEVENTY
ACRES, LLC,

        Appellants,

vs.

CITY OF LAS VEGAS, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA,

        Respondent.

No. 82429

FILED

MAY 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion for summary judgment. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

When this court's review of the docketing statement revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the notice of appeal was prematurely filed in the district court after the timely filing of a tolling motion and before that motion was resolved. *See* NRAP 4(a)(4). It also appeared that the tolling motion remained pending in the district court.

In response, appellants' counsel represents that the district court has not yet entered a written order resolving the tolling motion and states that "jurisdiction is still with the District Court." Accordingly, it appears the notice of appeal is premature and this court lacks jurisdiction.

21-13117

*See* NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."). We therefore,

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.                    _____, J.
Stiglich                                     Silver

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 3
       Law Offices of Kermitt L. Waters
       McDonald Carano LLP/Las Vegas
       Shute, Mihaly & Weinberger, LLP
       Las Vegas City Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A